# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1818
**Short Case Caption** Golden v. Qualcomm Incorporated
**Filing Party/Entity** Qualcomm Incorporated

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Larry Golden v. Qualcomm, Inc., Ninth Circuit Court of Appeals Docket #: 23-15560, U.S. District Court for Northern California, Oakland

☐　　Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Same as section 1.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> None. Case terminated, opened in error.

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/10/2023

Signature: /s/ John A. Yates/

Name: John A. Yates

| | | |
|---|---|---|
| FORM 30. Certificate of Service | | Form 30<br>July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2023-1818

**Short Case Caption** Golden v. Qualcomm Incorporated

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 05/10/2023

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
   ☑ Other: Fed Ex. Overnight Delivery

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Larry Golden | 740 Woodruff Rd., #1102<br>Greenville, SC 29607 |
| | |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 05/10/2023     Signature: /s/ John A. Yates/

             Name: John A. Yates