NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

**v.**

**QUALCOMM INCORPORATED,**
*Defendant-Appellee*

---

2023-1818

---

Appeal from the United States District Court for the Northern District of California in No. 4:22-cv-03283-HSG, Judge Haywood S. Gilliam, Jr.

---

PER CURIAM.

**O R D E R**

Upon consideration of Larry Golden's submission received June 26, 2023, docketed as ECF No. 10,

IT IS ORDERED THAT:

ECF No. 10 is accepted for filing as Mr. Golden's informal reply brief and supplemental appendix.

FOR THE COURT

July 27, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court